UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


LAUREN Y. JACKSON,                   )
                                     )
                    Plaintiff,       )
                                     )
          v.                         )     No.  4:04CV821 FRB
                                     )
JO ANNE B. BARNHART, Commissioner    )
of Social Security,                  )
                                     )
                    Defendant.       )


**JUDGMENT**

          In accordance with the Memorandum and Order filed
herewith,

          **IT IS HEREBY ORDERED AND ADJUDGED** that the decision of
the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with
prejudice.


                    _____
                    UNITED STATES MAGISTRATE JUDGE




Dated this  _6th_  day of September, 2005.